■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH WOODLEY, Appellant. — Judgment of the Supreme Court, Kings County

(Goldstein, J.), rendered December 1, 1981, affirmed (see *People v Harris,* 61 NY2d 9). Mangano, J. P., O'Connor, Boyers and Eiber, JJ., concur.